Jennifer M. Kurtz
The Law Offices of Jennifer M. Kurtz, LLC
540 Old Bridge Turnpike
South River, NJ 08882
Tel: 732-390-5262
Fax: 732-390-2162
jennifer.kurtz@kurtz-law.com
Attorneys for Plaintiff,
Tonya Farrar

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| Tonya Farrar, | : | |
| Plaintiff, | : | Civil Case No.: 2:11-cv-04175-DMC-MF |
| vs. | : | **NOTICE OF SETTLEMENT** |
| H&P Capital, Inc., | : | |
| Defendant. | : | |
| | : | |

NOW COMES the Plaintiff, Tonya Farrar, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

DATED:  November 21, 2011			KROHN & MOSS, LTD.

					By:/s/ Jennifer M. Kurtz____
						Jennifer M. Kurtz
						Attorney for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was served on all counsel of record by way of the CM/ECF System. .

					/s/ Jennifer M. Kurtz
					Jennifer M. Kurtz
					Attorney for Plaintiff

2