```
                                                    Closed
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY


TONYA FARRER
        Plaintiff,              :
                                      Civil 11cv4175(DMC)
        v.                      :


H&P CAPITAL, INC.               :
        Defendant.
```

It appearing that it has been reported to the Court that the above-captioned matter has been settled,

It is on this 28th day of November 2011,

ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if the settlement is not consummated. The terms of the settlement are incorporated herein by reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

```
                          S/DENNIS M. CAVANAUGH
                            DENNIS M. CAVANAUGH
                          United States District Judge
```